# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

130260

PAMELA MACOR, Personal
Representative of the Estate of
Gary Macor, Deceased,
          Plaintiff-Appellee,

v

ROBERT KOWALSKI, M.D.,
          Defendant-Appellant,

and

McLAREN REGIONAL MEDICAL
CENTER,
          Defendant-Appellee,

and

MARTA Z. BONKOWSKI, M.D.,
          Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130260
COA: 264076
Genesee CC: 04-080340-NH

On order of the Court, the application for leave to appeal the November 23, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

l0718

Clerk